AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| Lisandro Clara-Fernandez | ) Case No: 12-40006-01-RDR |
|  | ) USM No: 21673-031 |
| Date of Previous Judgment: 10/01/2012 | ) Kirk Redmond |
| *(Use Date of Last Amended Judgment if Applicable)* | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  54  months **is reduced to**  43.5  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
|---|---|---|---|
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 108 to 135 months | Amended Guideline Range: | 87 to 108 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  10/01/2012  shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: | 02/25/2015 | s/RICHARD D. ROGERS |
|---|---|---|
|  |  | *Judge's signature* |
| Effective Date: | 11/01/2015 | Richard D. Rogers, United States District Judge |
|  | *(if different from order date)* | *Printed name and title* |